FILED
October 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KAREN ANN JAKOBS | ) |
| Plaintiff | ) ) ) ) |
| v. | ) CIVIL NO. SA-22-CV-1349-OLG |
| | ) ) |
| COMMISSIONER OF SOCIAL SECURITY | ) ) |
| Defendant | ) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this date the Court considered the report and recommendation of United States Magistrate Judge Elizabeth S. Chestney, filed in the above-styled and numbered cause on September 15, 2023. Docket no. 16. The parties were served with a copy of the recommendation, and no objections have been filed. Where no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

The Court has reviewed the recommendation and the findings and conclusions therein are neither clearly erroneous nor contrary to law. It is therefore ORDERED that the recommendation of United States Magistrate Judge Elizabeth S. Chestney, filed in this cause on September 15, 2023, is hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1). It is further ORDERED that the Commissioner's decision is AFFIRMED for the reasons stated in the report and recommendation.

Final judgment may be entered accordingly, and this case may be closed.

SIGNED this 30 day of October, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE